EDWARD P. STUART, *as Trustee, etc., Respondent, v.* THOMAS J. PATTERSON and others, *Appellants.*— Judgment reversed and new trial ordered before another referee, costs to abide event. *Held,* that the offer made by the defendants to prove by the witness Bowman certain declarations of John M. Stuart, was erroneously excluded. (69 N. Y., 104; 22 Hun, 389.)

RACHEL M. DICKINSON, *Plaintiff, v.* AUGUSTUS P. RAWSON, *Defendant.* — New trial ordered, costs to abide event. Opinion by TALCOTT, P. J.; SMITH, J., not participating in the decision.

HENRY C. SMITH, *Respondent, v.* THE HOWE MACHINE COMPANY, *Appellant.*— Judgment reversed and new trial ordered, costs to abide event. Opinion by TALCOTT, P. J.

FRANK B. WARD, *Assignee, etc., Respondent, v.* ELLEN I. LOOMIS, and another, *Impleaded, etc., Appellants.* — Judgment affirmed, with costs to be paid by the appellants.

CUBIT C. DURRANT and others, *Respondents, v.* JOHN FOXELL and others, *Appellants.* — Judgment and order of County Court affirmed.

LOUISA A. KING, *Respondent, v.* JOHN VAN DUSEN, *Appellant.*— Judgment entered irregularly on the verdict set aside, and new trial ordered, costs to abide event. Opinion by TALCOTT, P. J.

ELIZABETH DOWLING, *by Guardian, Respondent, v.* THE NEW YORK CENTRAL, ETC., RAILROAD COMPANY, *Appellant.*— Judgment and order affirmed.

DEBBY ANN CURTIS, *Respondent, v.* MARTIN BRIGGS, *Appellant.*— Judgment affirmed on opinion of referee.

JAMES R. PRINGLE, *Respondent, v.* SMITH T. WOOLWORTH, *Receiver, etc., Appellant.*— Judgment and order denying new trial affirmed. Opinion by TALCOTT, P. J.

CHAUNCEY WEATHERWAX, *Respondent, v.* THE WATERTOWN FIRE INSURANCE COMPANY, *Appellant.*— Judgment affirmed. HARDIN, J., not sitting.

HATTIE R. LENT and another, *Respondents, v.* HAYDEN U. HOWARD and another, *Executors, etc., Appellants.*— Judgment affirmed on the opinion of the referee, with costs to the respondents, to be paid out of the estate.

IN THE MATTER OF THE APPLICATION OF GEORGE W. PHELPS, FOR A MANDAMUS TO THE TRUSTEES OF MT. MORRIS.— Order of Special Term affirmed on the opinion of Mr. Justice MACOMBER, upon the last ground stated therein.